```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2000 MAR 31  P 12: 01

                                         LORETTA G. WHYTE
USA NO. 1999Z00834                            CLERK
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0156 *186* |
| **DONNA A. STIAES** | * | SECTION: "L" (1) |
| | * * * | |

<u>MOTION FOR ENTRY OF DEFAULT</u>

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Donna A. Stiaes, due to her failure to plead or otherwise defend as set forth below.

1. On January 26, 2000, a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint were mailed to the defendant. On February 8, 2000, the Waiver of Service of Summons was filed in this court.

```
DATE OF ENTRY
APR  6 2000
```



2. More than 60 days have elapsed since the defendant was mailed the above-referenced documents, and the defendant has not filed an answer or other responsive pleading.

Accordingly, a default should be entered against Donna A. Stiaes, due to her failure to plead or otherwise defend.

> Respectfully submitted,
>
> EDDIE J. JORDAN, JR.
> UNITED STATES ATTORNEY
>
> ENEID A. FRANCIS
> Assistant United States Attorney
> Bar Roll No. 5816
> Hale Boggs Federal Building
> 501 Magazine Street, 2nd Floor
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0186 |
| DONNA A. STIAES | * | SECTION: "L" (1) |

\* \* \*

**D E C L A R A T I O N**

I, ENEID A. FRANCIS, do declare and state that:

1. I am an Assistant United States Attorney for the Eastern District of Louisiana.

2. I am the attorney of record for the United States of America in the above-captioned action.

3. Defendant was mailed a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint on January 26, 2000. On February 8, 2000, the Waiver of Service of Summons was filed in this court.

4. More than 60 days have elapsed since the date on which the defendant was mailed the above-referenced documents, and defendant has not filed an answer or other responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana, this 31st day of March, 2000.

_____
ENEID A. FRANCIS
Assistant U.S. Attorney
Bar Roll No. 5816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0186 |
| DONNA A. STIAES | * | SECTION: "L" (1) |

\* \* \*

O R D E R

IT IS HEREBY ORDERED that a default be entered against Donna A. Stiaes, due to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 5th day of April, 2000.

_LORETTA G. WHYTE_
CLERK, UNITED STATES DISTRICT COURT

by: Jaylyn M. Lambert
Deputy Clerk