FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -5 P 4: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| --- | --- | --- |
| v. | * | NO. 00-0186 |
| DONNA A. STIAES | * | SECTION: "L" (1) |

\* \* \*

## JUDGMENT

Defendant, Donna A. Stiaes, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Donna A. Stiaes, according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Donna A. Stiaes, in the sum of $4,782.87, plus interest accruing on principal amount at the rate of 8 percent per annum or the daily rate of $0.64 from November 29, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 5th day of April, 2000.

LORETTA G. Whyte
CLERK, UNITED STATES DISTRICT COURT

by: Gaylyn M. Lambert
Deputy Clerk

DATE OF ENTRY
APR 6 2000