```
              FILED
          U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2002 OCT 23  AM 11: 44

          LORETTA G. WHYTE
               CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**October 23, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0186 |
| DONNA STIAES | * | SECTION: "L" |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Donna Stiaes, has sent in the requested financial information. Subsequently, Ms. Jefferson indicated that the judgment debtor examination scheduled for Wednesday, October 23, 2002, at 11:00 a.m. is deemed **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 2 3 2002